■ MARMIKE MANUFACTURING CORP., Respondent, v. OSCAR SHANK et al., Appellants.— In an action to recover damages for breach of contract (1st cause of action) and to recover damages for conspiracy (2d cause of action) an order was entered granting a motion to dismiss, for insufficiency, the second cause of action (Rules Civ. Prac., rule 106, subd. 4), with leave to plead over, and denying a similar motion to dismiss the first cause of action. The appeal is from so much of said order as denies the motion to dismiss the first cause of action. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS L. GALLAGHER, True Name THOMAS A. GALLAGHER, Appellant.— Appeal (1) from a judgment of the County Court, Nassau County, convicting appellant, after trial, of taking unlawful fees in violation of section 1826 of the Penal Law, and (2) from an order denying a motion to set aside the verdict and all other

and intermediate orders therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the order denying the motion to set aside the verdict or from the other intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.